UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7673-GW-JCx | Date | February 8, 2024 |
|---|---|---|---|
| Title | *Shelli Loesch v. Marlette Funding, LLC.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [24] was filed on February 7, 2024. The Court hereby vacates all currently set dates, including Defendant's motion to dismiss [19], with the expectation that a dismissal will be filed by April 8, 2024. The Court sets an order to show re: settlement hearing for April 11, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 8, 2024.

:

Initials of Preparer   JG