JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLI LOESCH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLETTE FUNDING LLC,<br><br>　　　　　　　Defendant. | Case No.  CV 23-7673-GW-JCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: March 28, 2024

_George H. Wu_
_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE